UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:21-cv-177

| | |
|---|---|
| COVE KEY ASSOCIATION, INC.<br><br>　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　Defendant. | **NOTICE OF REMOVAL** |

　　Defendant Travelers Property Casualty Company of America ("Travelers"), by and through its undersigned counsel, hereby files this Notice, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, comes and gives notice of removal of the present action to the Statesville Division of the United States District Court for the Western District of North Carolina. In further support of removal, Defendant shows the Court the following:

　　1.　　On or about August 4, 2021, a Complaint was filed in the Superior Court Division of the North Carolina General Court of Justice sitting in and for Iredell County, North Carolina entitled *Cove Key Association, Inc. v. Travelers Property Casualty Company of America*, 21-CVS-2143.

　　2.　　Plaintiff served a copy of the summons and complaint via the North Carolina Department of Insurance on August 9, 2021. (Ex. 1: Complaint; Ex. 2: Summons to Travelers Property Casualty Company of America.)

　　3.　　All documents associated with Case No. 21-CVS-2143 of which Defendant is aware are attached hereto. (Ex. 3: State Court File).

1

4. Because the damages requested by the Complaint was unclear, Defendant filed and served Plaintiff with Defendant's Request for Monetary Relief Sought on September 20, 2021. Plaintiff's counsel responded to Defendant's request via email on November 12, 2021. ("Plaintiff's Monetary Relief Sought"). Plaintiff's Monetary Relief Sought contained new information regarding Plaintiff's damages clarifying that the amount in controversy exceeds $75,000.00.

5. Accordingly, Defendant's time to remove has not yet expired pursuant to 28 U.S.C. § 1446(b)(3).

6. This Court has subject matter jurisdiction over this controversy pursuant to 28 U.S.C. § 1332, because complete diversity exists among the parties and the amount in controversy exceeds $75,000.00.

7. **Complete diversity exists among the parties.** Plaintiff is a domestic nonprofit corporation with its principal place of business in Iredell County, North Carolina (Ex. 1 at ¶ 1.) Defendant is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

8. **The amount in controversy exceeds $75,000.00.** Plaintiff's Complaint seeks damages for breach of contract related to an insurance claim based on roof damage to the Cove Key Condominium buildings caused by hail. (Ex. 1 at ¶ 20). Plaintiff's Complaint does not allege a specific amount of damages, and asserts only that it has incurred damages in excess of Twenty-Five Thousand Dollars ($25,000). (Ex. 1 at ¶ 17).

9. Defendant filed and served Plaintiff with Defendant's Request for Statement of Monetary Relief Sought on September 20, 2021. In response to an email by Defendant's counsel inquiring about Plaintiff's Statement, Plaintiff's counsel responded via email on November 12,

2021 as follows: "200k on monetary statement." (Ex. 4: Email Regarding Plaintiff's Statement of Monetary Relief Sought).

10. Based on these documents, Plaintiff's potential for recovery could result in a monetary award greater than $75,000.00. In particular, Plaintiff's counsel indicated the amount of monetary relief sought by Plaintiff to be $200,000. Thus, the email stating Plaintiff's Statement of Monetary Relief Sought constitute paper from which Defendant was first able to ascertain that the amount in controversy exceeded $75,000 pursuant to 28 U.S.C. § 1446(b)(3), (c)(3)(A). Hence, the amount in controversy requirement is satisfied.

11. This Court is a proper court for removal under 28 U.S.C. § 1446(a) because it is located in the District and Division where the State Court action is pending.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a Notice of this filing (and attaching this filing) with the Clerk of Court for the North Carolina General Court of Justice, sitting in and for Iredell County and serve a copy upon Plaintiff. An unfiled copy of this Notice of Filing of the Notice of Removal is attached as Exhibit 5.

Respectfully submitted this the 7th day of December, 2021.

/s/ Gemma L. Saluta
Gemma L. Saluta (N.C. Bar No. 37032)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
Email: gemma.saluta@wbd-us.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that on December 7, 2021, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically with the Clerk of Court using the CM/ECF system.

It is further certified that on December 7, 2021, a copy of the foregoing **NOTICE OF REMOVAL** was served upon the following by U.S. First Class Mail, postage prepaid and addressed as follows:

Brett E. Dressler
SELLERS AYERS DORTCH & LYONS, P.A.
301 Midtown Building, Suite 410
301 South McDowell Street
Charlotte, NC 28204

*Attorney for Plaintiff*

*/s/ Gemma L. Saluta*
Gemma L. Saluta (N.C. Bar No. 37032)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
Email: gemma.saluta@wbd-us.com

*Attorney for Defendant*