UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICK OF NORTH CAROLINA
STATESVILLE DIVSION
Case No. 5:21-cv-177

| | |
|---|---|
| COVE KEY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

    COME NOW the Plaintiff and the Defendant, by and through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Cove Key Association, Inc. and the Defendant, Travelers Property Casualty Company of America, through their undersigned counsel, hereby files this Stipulation of Dismissal with prejudice of all claims in this action.

    This the 14th day of March, 2022.

                                            Respectfully submitted,

| | |
|---|---|
| /s/Brett Dressler | /s/Gemma L. Saluta |
| Brett Dressler (N.C. Bar #34516) | Gemma L. Saluta (N.C. Bar #37032) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Sellers Ayers Dortch & Lyons, PA | Womble Bond Dickinson (US) LLP |
| 301 S. McDowell St. Ste. 410 | One West Fourth Street |
| Charlotte, NC 28204 | Winston-Salem, NC 27101 |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing ***STIPULATION OF DISMISAL WITH PREJUDICE*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as noted below:

**Via Email: gemma.saluta@wbd-us.com**
Gemma L. Saluta (N.C. Bar #37032)
*Attorney for Defendant*
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

This the 14th day of March, 2022.

/s/Brett E. Dressler
Brett E. Dressler (N.C. Bar # 34516)
*Attorney for Plaintiff*